# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICKY W. TISDALE

NO. 2021 KW 1506

**MARCH 14, 2022**

---

In Re:     Ricky W. Tisdale, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           380,891.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

   **WRIT DENIED.**

**GH**
**WRC**

   **Guidry, J.,** dissents. I would grant the writ application
for the sole purpose of remanding to the district court to
reconsider its ruling in light of **State v. Harris,** 2018-1012
(La. 7/9/20), 2020 WL 3867207 and to allow the State to file a
response. After the State files a response, the district court
should determine whether it is necessary to conduct an
evidentiary hearing on the claim of ineffective assistance of
counsel at sentencing. **State v. Robinson,** 2019-01330 (La.
11/24/20), 304 So.3d 846 (*per curiam*).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT